```
               IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

TARIS HOLLOMAN,                    *

       Petitioner,              *

vs.                                *
                                       CASE NO. 4:05-CV-115 (CDL)

UNITED STATES OF AMERICA,          *
                                       CASE NO. 4:98-CR-029

       Respondent.              *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 28, 2005, is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 24th day of January, 2006.


                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                               UNITED STATES DISTRICT JUDGE